NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
NAJAH J. SHARIFF (Cal. Bar No. 201216)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2534
    Facsimile: (213) 894-0115
    E-mail: najah.shariff@usdoj.gov

FILED & ENTERED

APR 02 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>HALSEY MCLEAN MINOR<br><br>    Debtor. | Case No. 2:13-bk-23787-BR<br><br>Chapter 7<br><br>Adv. No. 2:19-ap-01448-BR |
| HALSEY MCLEAN MINOR,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | ORDER GRANTING UNITED STATES' MOTION FOR JUDGMENT ON THE PLEADINGS AND DENYING HALSEY MCLEAN MINOR'S MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>Hearing Date: March 24, 2020<br>Time: 2:00 p.m.<br>Place: Courtroom 1668<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

On March 24, 2020, the Defendant United States of America ("United States")'s motion for judgment on the pleadings ("United States' Motion") filed at Document No. 12 on March 3, 2020, and the Plaintiff Halsey Mclean Minor ("Minor")'s motion for judgment on the pleadings ("Minor's Motion") filed at Document No. 14 on March 3, 2020, came on for hearing before the Honorable Barry Russell, United States Bankruptcy Judge, in the above-entitled Court. David B. Shemano appeared on behalf

of the Plaintiff Halsey Mclean Minor ("Minor").  Assistant United States Attorney Najah J. Shariff appeared on behalf of the United States.  Other appearances were as reflected in the Court record of the proceedings.

The Court having read and considered the United States' Motion and Minor's Motion both filed on March 3, 2020, at Docket Nos. 12 and 14, respectively, the Oppositions of Minor and the United States both filed on March 10, 2020, at Docket Nos. 16 and 17, respectively, the Notice of Errata re: Opposition of the United States filed on March 16, 2020, at Docket No. 18, and the Replies filed by the United States and Minor on March 17, 2020, at Docket Nos. 19, and 20, respectively, and having head all arguments of counsel made at the hearing on March 24, 2020, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

For the reasons stated on the record, the Court agrees with the United States that the Stipulation Among Chapter 7 Trustee, United States of America, and Franchise Tax Board Regarding Payment of Claims in no way bound the IRS on the issue of nondischargeability with respect to the 2009 tax year.

The United States' Motion for Judgment on the Pleadings is granted.  Halsey Mclean Minor's Motion for Judgment on the Pleadings is denied.

# # #

Approved as to form:

SHEMANOLAW

Date: April 2, 2020

By:_____
    David B. Shemano
    Attorney for Halsey McLean Minor

Dated: _____

_____
Barry Russell
United States Bankruptcy Judge

of the Plaintiff Halsey Mclean Minor ("Minor"). Assistant United States Attorney Najah J. Shariff appeared on behalf of the United States. Other appearances were as reflected in the Court record of the proceedings.

The Court having read and considered the United States' Motion and Minor's Motion both filed on March 3, 2020, at Docket Nos. 12 and 14, respectively, the Oppositions of Minor and the United States both filed on March 10, 2020, at Docket Nos. 16 and 17, respectively, the Notice of Errata re: Opposition of the United States filed on March 16, 2020, at Docket No. 18, and the Replies filed by the United States and Minor on March 17, 2020, at Docket Nos. 19, and 20, respectively, and having head all arguments of counsel made at the hearing on March 24, 2020, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

For the reasons stated on the record, the Court agrees with the United States that the Stipulation Among Chapter 7 Trustee, United States of America, and Franchise Tax Board Regarding Payment of Claims in no way bound the IRS on the issue of nondischargeability with respect to the 2009 tax year.

The United States' Motion for Judgment on the Pleadings is granted. Halsey Mclean Minor's Motion for Judgment on the Pleadings is denied.

# # #

Approved as to form:

SHEMANOLAW

By: *[signature]*

David B. Shemano
Attorney for Halsey McLean Minor

Dated: 3/31/20